McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2799

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTER HEALTH SACRAMENTO SIERRA REGION, dba SUTTER MEDICAL CENTER SACRAMENTO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | No. 2:08-CV-03051-MCE-KJM<br><br>STIPULATION AND ORDER FOR PRELIMINARY MOTIONS SCHEDULE |

### Introduction

This is an action for mandamus and injunctive relief filed by Sutter Health Sacramento Region (Sutter), which is a provider of heart transplants among other medical services.  The complaint challenges a decision by the U.S. Department of Health and Human Services (HHS), to terminate Sutter's approval by Medicare as a heart transplant center, and to withdraw Medicare payment authority for Sutter's heart transplants.  The challenged decision was issued on December 12, 2008, with an effective date of January 15, 2009.

///

The complaint requests an order invalidating the decision and preventing HHS from terminating Sutter's Medicare participation or taking any other adverse action, unless and until HHS conducts further administrative proceedings that Sutter contends are required by federal law.

Defendant, the Secretary of Health and Human Services, contends both (a) that no further administrative proceedings are required prior to termination and (b) that Sutter's claims are beyond this Court's jurisdiction.

To obviate any motion for a temporary restraining order, and to allow orderly briefing and full consideration by the Court of the parties' positions on jurisdiction and preliminary relief, the Secretary is voluntarily postponing the effective date for the challenged decision to February 20, 2009, as provided below. However, even with that extension, a motion for a preliminary injunction will still be necessary.

The parties have conferred and agreed on a schedule to allow consideration of Sutter's motion for a preliminary injunction and the Secretary's motion to dismiss in the same hearing. Accordingly, subject to the Court's approval as provided below, the parties stipulate as follows:

## Stipulation

1. Sutter's motion for a preliminary injunction and the Secretary's motion to dismiss shall be filed on January 7, 2009. Both motions shall be noticed for hearing at 9:00 a.m. on February 6, 2009.

2. In accordance with Local Rule 78-230, oppositions shall be filed no later than January 23, 2009, and replies shall be filed no later than January 30, 2009.

1      3.   The parties hereby agree to accept service of the motions and
2 oppositions by notice of electronic filing, notwithstanding Local Rule
3 78-230(b) and (c).
4      4.   The Secretary hereby extends to February 20, 2009, the
5 effective date for termination of Sutter's approval by Medicare as a
6 heart transplant center and withdrawal of Medicare payment authority
7 for Sutter's heart transplants.  In addition, the Secretary will defer
8 public notice of the termination and withdrawal until February 20,
9 2009.
10     5.   The Secretary hereby waives service of the complaint,
11 summons, consent forms, VDRP forms, and order of December 17, 2008.
12     6.   The parties' Rule 26 conference and preparation of a joint
13 status report and discovery plan will be deferred until after the
14 hearing on February 6.  If the Secretary's motion to dismiss is
15 denied, his answer shall be filed within 20 days after entry of such
16 order, and the joint status report and discovery plan shall be filed
17 within 15 days after filing of the answer.
18     7.   This stipulation is entered for the mutual convenience and
19 benefit of the parties, and to allow full consideration of the
20 parties' preliminary motions by the Court.  Sutter hereby stipulates
21 and agrees than an order approving this stipulation shall not confer
22 prevailing party status or otherwise support any request for costs or
23 fees.
24 ///
25 ///
26 ///
27 ///
28 ///

```
 1                                      Respectfully submitted,

 2  December 19, 2008                   McGREGOR W. SCOTT
                                        UNITED STATES ATTORNEY
 3

 4                               By:       /s/ David T. Shelledy
                                        DAVID T. SHELLEDY
 5                                      Assistant U. S. Attorney
                                        Attorneys for Defendant
 6

 7  December 19, 2008                   HOOPER, LUNDY & BOOKMAN, INC.

 8

 9                               By:       /s/ Patric Hooper
                                        PATRIC HOOPER
10                                      Attorneys for Plaintiff
```

ORDER

IT IS SO ORDERED.

Dated: December 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4