UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUTTER HEALTH SACRAMENTO
SIERRA REGION, dba SUTTER
MEDICAL CENTER SACRAMENTO,                NO. 2:08-cv-3051-MCE-KJM

      Plaintiff,

  v.                                       **ORDER**

MICHAEL O. LEAVITT, SECRETARY
OF THE UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

      Defendant.

----oo0oo----

Having reviewed Defendant's request to extend the page limitations for briefing set forth in the Court's Order Requiring Joint Status Report filed December 17, 2008, in light of Defendant's representation that Plaintiff does not oppose said request, and good cause appearing therefor,

IT IS ORDERED that the page limitations attendant to the Defendant's contemplated Motion to Dismiss, as well as Plaintiff's proposed Motion for Preliminary Injunction, both of which are tentatively set for hearing on February 6, 2009, shall be modified as follows:

1

1.  The points and authorities submitted in support of said Motions, which in accordance with the previous December 22, 2008 Stipulation and Order shall be filed not later than January 7, 2009, may be up to forty (40) pages in length;

2.  The opposition points and authorities to said Motions, due January 23, 2009, may also be up to forty (40) pages in length;

3.  Any reply to said Motions, due no later than January 30, 2009, shall not exceed twenty (20) pages.

IT IS SO ORDERED.

Dated: January 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE